Brian E. ULRICH, Michael E. Jones, John B. Rubinsky, John A. Dukes, Jr., John Evangelista and Gerald Wimberly, Petitioners,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

United States Postal Service, Intervenor.

No. 2012–3035.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2013.

Dennis L. Friedman, of Philadelphia, PA, argued for petitioners.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

L. Misha Preheim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director. Of counsel was Shayla McGee Sipp.

(RADER, Chief Judge, DYK, and REYNA, Circuit Judges).

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.